**Opinion issued December 10, 2024**



In The

# Court of Appeals

For The

# First District of Texas

————————————

**NO. 01-24-00787-CV**

————————————

**IN RE RONALD HECHT AND RAH CONTRACTORS, INC., Relators**

---

**Original Proceeding on Petition for Writ of Mandamus**

---

**MEMORANDUM OPINION**

Relators, Ronald Hecht and RAH Contractors, Inc. (collectively, "relators"), have filed a petition for a writ of mandamus, requesting that this Court "grant mandamus relief [and] order[] the trial court to vacate [its] September [12, 2024]

1

[o]order in its entirety, including . . . death penalty [and] . . . monetary sanctions, and . . . pending discovery obligations."[1]

We deny relators' petition for writ of mandamus.[2] *See* TEX. R. APP. P. 52.8(a). All pending motions are dismissed as moot.

**PER CURIAM**

Panel consists of Justices Goodman, Landau, and Countiss.

---

[1] The underlying case is *Ronald Hecht and RAH Contractors, Inc. v. Avi Ron and Urban Meridian Group, Inc.*, Cause No. 2021-82564, in the 133rd District Court of Harris County, Texas, the Honorable Jaclanel M. McFarland presiding.

[2] The Court denied relators' motion for temporary relief on October 16, 2024.